THE PEOPLE ex rel. JOHN T. LOCKMAN, Respondent, v. JAMES A. FLACK, the Clerk of the City and County of New York, Appellant.

(Argued June 23, 1887; decided October 4, 1887.)

*D. J. Dean* for appellant.

*Theodore De Witt* for respondent.

Agree to affirm ; no opinion.
All concur.
Orders affirmed.